No. 94–9680. SYLVAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9681. TURSI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9682. WILSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–9683. HENDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9685. STRICKLAND ET VIR v. MAINE DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–9686. PRUE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–9687. WILLIAMSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 94–9689. O'LEARY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9690. STRICKLER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–9691. GARCIA-ROSELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9692. COX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9694. ADAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9696. FAIN v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9697. SETTENBERG v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 94–9698. GILBERTSON v. DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.